UNITED STATES DISTRICT COURT
For the
NORTHERN DISTRICT OF IOWA
_____ division



Case # 5:24-cv-04058-LTS-MAR

DANIEL JOSE GOMEZ,   1983 civil action
(Lead plaintiff)
Pro se/ pro persona/ sui juris
We the people
Plaintiffs
V.
City of Sioux City Iowa
Officer Chad stroman,
Sioux City police department
State of Iowa
Woodbury county
DHS
South Dakota Department of corrections et al
1st judicial circuit court sd
2nd judicial circuit court sd
Dept of social services South Dakota
Kelp land news for defamation
Sky ranch for boys sky ranch South Dakota
LinkedIn corporation
Axon enterprise
The United States et al
Defendants.

Date: 11-09- 2024

To:, the state of Iowa, the city of Sioux City, Woodbury county Iowa,

Final notice of intent to sue and allegations of criminal acts by the city of Sioux City police department employees

Subject: notice of counter claim and Violation of Rights ; Demand for Compensation. reference South Dakota Supreme Court case #30364/30100  Exhausted State Remedies

jury trial demanded:

I request the court enter an order allowing me to file and receive documents using the courts filing portal using DIGsIH04@outlook.com

Rule 18 to join the following claims in order to demonstrate a pattern practice of police misconduct and felonious acts all cases are cases involving the claimant Daniel Jose Gomez which tends to demonstrate a clear pattern practice that tends to show an unofficial policy pattern practice of criminal constitutional violations by organized racketeer influence corrupt police departments and licensed bar members and the willful violation of the people's constitutional rights by police and lawyers in effective assistance of lawyers and other rights

United States District of South Dakota. Case #'s gomez vs elk point Union county et al. 4:24-cv-04216; Gomez vs Davis et al 4:09-CV-04142;, Gomez vs minnehaha county states attorneys office et al 4:20-CV-04151;, Gomez vs officer Rietter et al 4:21-CV-04179;, Gomez vs attorney general of South Dakota et al 4:21-cv-04085; Gomez v attorney general Of South Dakota et al 4:22-cv-04076; Gomez vs judge Robin houwman et al 4:22-CV-04147; view related testimony on the issue by visiting https://www.tiktok.com/t/ZTF9EydpY/

I , DANIEL GOMEZ, am hereby serving notice regarding the violation of my rights, On July 7th 2008 officer Chad stroman (strohman) of the Sioux City police department was investigating a shootout between one Sydney Hoffman and other unknown individuals . I Daniel Gomez was a passenger in a green Cadillac passing thru the 1600 and ingleside area heading towards pierce st when officer stroman and other officers pulled the green Cadillac and the occupants over with out any reasonable suspicion or probable cause to suspect that we were the parties involved in the alleged shootout with Sydney Hoffman, officers proceeded to pull the driver out and beat him to the ground while pointing several firearms at my chest and telling me that I was next, officers pulled me out of the passenger seat and placed me in the back of a police car and dispatched Sydney Hoffman (the involved party to the shooting) and asked her if I was the subject to which she replied that I was not the subject . I had nothing to do with nor did I know who Sydney Hoffman was . Chad proceeded to kidnap in violation title 18 usc 241-242 deprivation of rights under color of law effecting an unreasonable search seizure and arrest in violation of the fourth amendment. this overt act committed by employees of the city of Sioux City and the state of Iowa was unwarranted and constitutes a kidnapping under color of law!

Pursuant to the protections afforded by the Constitution of the United States, Iowa state constitution the Universal Declaration of Human Rights, and relevant state and federal statutes that uphold personal liberties, I am exercising my lawful right to demand compensation for each violation of my inherent rights.

The fee for each violation of my rights is set at $5,000,000 (five Million Dollars)

It is the duty of all above to correct injustice in as much as it is in their power to do so. If correction is not possible it is the duty of the court officers to report the problem to the protectors of the People, the Grand Jury, in who's hand justice has been entrusted.

The following statutes, acts, and common law principles, among others, support this demand:

UNITED STATES CODES

Remedy of the people when rights violated

1. USC 18 §241; CONSPIRACY AGAINST RIGHTS: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right they shall be fined under this title or imprisoned not more than ten years, or both
2. USC 18 §242; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both;
3. USC 18 §2071: Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.
4. USC 18 §2076: CLERK IS TO FILE: Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.
5. USC 42 §1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law.
6. USC 42 1985; CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly any persons rights the party so injured or deprived may have an action for the recovery of damages against any one or more of the conspirators.
7. USC 42 §1986 - ACTION FOR NEGLECT TO PREVENT: Every person who, having knowledge that any of the wrongs conspired to be done or are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured
8. 42 U.S. Code § 1983 - Civil action for deprivation of rights: Any person acting under the color of law who deprives another of any rights, privileges, or immunities secured by the Constitution and laws shall be liable to the injured party in an action at law.
9. U.S. Constitution, Bill of Rights - Any infringement upon the rights guaranteed under the First, second, Fourth, Fifth, sixth, seventh, eighth, Ninth, and Fourteenth Amendments (or other applicable preamble or amendments ) constitutes a violation of my individual freedoms and liberties.
10. 15 U.S. Code § 1692d - Harassment or abuse: Engaging in any conduct designed to harass, oppress, or abuse any person in connection with the collection of a debt or enforcement of an obligation is prohibited under federal law
11. Uniform Commercial Code (UCC) 1-308 - I reserve my rights without prejudice under UCC 1-308, and this notice serves as a reservation and reclamation of all my rights under the common law, including the right to refuse performance if a violation of rights is involved.
12. 28 USC App Rule 18: Joinder of Claims and Remedies From Title 28-Appendix RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS TITLE IV-PARTIES Rule 18. Joinder of Claims and Remedies (a) Joinder of Claims. A party asserting a claim to relief

as an original claim, counterclaim, or third-party claim, may join, either as independent or as alternate claims, as many claims as the party has against an opposing party. (b) Joinder of Remedies. Whenever a claim is one heretofore cognizable only after another claim has been prosecuted to a conclusion, the two claims may be joined in a single action; but the court shall grant relief in that action only in accordance with the relative substantive rights of the parties.

Terms for Settlement

In order to avoid further legal action, I hereby demand:

Immediate cessation of any and all

violations of our rights, privileges , and immunities;

• Payment of damages in the amount of $15,000,000 is the proposed settlement offer, to be paid within [15 days] of receipt of this notice;

Exoneration expungement and sealing of Iowas criminal records maintained by the sytate of Iowa, the NCIC data base and or the Iowa department of corrections or any others

• Any other equitable remedies as deemed necessary by law, including but not limited to injunctive relief and declaratory judgment in my favor. Reasonable attorneys fees

Failure to Comply

Failure to comply with this demand within the specified timeframe will be deemed a demand for a civil jury trial and result in further legal action, including but not limited to civil lawsuits, liens, and administrative remedies to recover the full amount of damages owed. Be advised that any continued violations will be subject to additional claims and liabilities added to this

I reserve all rights, remedies, and defenses available to me under the law. This notice should not be construed as a waiver of any rights I may have under applicable laws or agreements.

Thank you for your prompt attention to this serious matter.

Sincerely,

/S/ DANIEL JOSE GOMEZ

605-906-4133

1929 e 33rd st n

Sioux Falls sd

Djg51104@outlook.com

I am also submitting this request for the following records request that has yet to be delivered :

Your request has been received and is being processed. Your request was received in this office on 10/7/2024 and given the reference number **_R001312-100724_** for tracking purposes.

**Records Requested:** On July 7th 2008 officer Chad stroman (strohman) of the Sioux City police department was investigating a shootout between one Sydney Hoffman and other unknown individuals . I Daniel Gomez was a passenger in a green Cadillac passing thru the 1600 and ingleside area heading towards pierce st when officer strongman and other officers pulled the green Cadillac and the occupants over with out any reasonable suspicion or probable cause to suspect that we were the parties involved in the alleged shootout with Sydney Hoffman, officers proceeded to pull the driver out and beat him to the ground while pointing several firearms at my chest and telling me that I was next, officers pulled me out of the passenger seat and placed me in the back of a police car and dispatched Sydney Hoffman (the involved party to the shooting) and asked her if I was the subject to which she replied that I was not the subject . I had nothing to do with nor did I know who Sydney Hoffman was . Chad proceeded to kidnap me under color of law in violation of title 18 usc 241-242 deprivation of rights under color of law effecting an unreasonable search seizure and arrest in violation of the fourth amendment I am requesting the full police reports of the incident involving Sydney Hoffman and the shooting the vehicle dash camera footage and the body camera footage or videos and the status of who was convicted for the alleged shooting involving Sydney Hoffman this kidnapping under color of law was unwarranted and constitutes a kidnapping under color of law I want the names of all officers involved and all incident reports in relation I want all officers involved suspended with out pay pending further investigation I have submitted a tip to crime stoppers and will be proceeding with a federal and or state claims against the city and the department for a failure to train failure to supervise and a failure to discipline

Please note that the following link contains some of the disputed facts:  are genuine issues in dispute https://www.tiktok.com/t/ZTF33nA8b/

AFFIDAVIT FOR CRIMINAL CONSPIRACY

TITLE 18 U.S.C. §241 AND 242
Kidnapping Title 18 U.S.C. §1201

4:24cv-4216

The undersigned, of lawful age, does swear and states the following facts:

A) On or about **June 7th 2008**, and July 10th a person portraying themselves as a Prosecuting Attorney for Union County, State of South Dakota did, in their official capacity, deprive **Daniel Jose gomez** ("victim") of rights secured by and enumerated in the Constitution for the United States of America, when they charged the victim for an infamous or capital crime by INFORMATION, and not by indictment from a Grand Jury, as required by law.

B) On or about **June 7th 2008** a person portraying themselves as a judicial officer, for **Union** County, State of **South Dakota** did, in their official capacity, conspire by and between, person/s portraying themselves as a Prosecuting Attorney for **Union** County, State of South Dakota, in their official capacity; a person/s portraying themselves as a law enforcement officer/s for the Union county sheriffs office and the **north Sioux City police department**, **Union** County, State of **South Dakota**, in their official capacity; to deprive **Daniel Jose gomez** ("victim") of rights secured by and enumerated in the Constitution for the United States of America, when the victim was held to answer for an infamous or capital crime by INFORMATION in lieu of indictment by a Grand Jury, as required by Clause 1 of Amendment 5 to the Constitution for the United States of America.

These acts were against the peace and dignity of the United States of America, by agents of a state subjected to the jurisdiction thereof.

WHEREFORE, affiant prays that this information be investigated and found to be true and correct and that a true bill for the arrest of the within named defendants and that he/she/they may be brought before a magistrate and held for the offenses of:

1. Deprivation of Rights under Color of Law (Title 18 U.S.C. §242)
2. Conspiracy to Deprive of Rights (Title 18 U.S.C. §241)
3. Kidnapping (Title 18 U.S.C. §1201)
4. Any other criminal acts found to be true, as ascertainable by the evidence on the record and as required by law.
5. malicious prosecution, false arrest, false imprisonment
6. wrongful conviction

I, **Daniel Jose Gomez**, do verify under the penalty of perjury, under the Laws of the United States of America that the foregoing is true and correct and that the infamous crimes above mentioned, did occur in my presence and that I am empowered to enforce and defend the Laws

1 of 2

of the United States of America, as a person subjected to the Supreme authority of the Constitution and treaties for the United States of America.

This affidavit is sworn to be true and correct and has full force of law and does not need to be verified by Notary Public.

Signed this 19th day of November, 2024 in Minnehaha County, State of South Dakota United States of America.

Signed this 23rd day of November 2024 in Minnehaha County, City of Sioux Falls S.D. United States of America

Respectfully & Peacefully

a Servant of Justice,

*Daniel J. Cromer* (signature)
Daniel Cromer

*Daniel J. Cromer* (signature)
Daniel Cromer

Citizen of the United States of America

AFFIANT

AFFIDAVIT FOR CRIMINAL CONSPIRACY

TITLE 18 U.S.C. §241 AND 242

4:24-cv-4216

The undersigned, of lawful age, does swear and states the following facts:

A) On or about **July 7th 2008**, a person portraying themselves as a Prosecuting Attorney for woodbury County, State of iowa did, in their official capacity, deprive **Daniel Jose gomez** ("victim") of rights secured by and enumerated in the Constitution for the United States of America, when they charged the victim for an infamous or capital crime by INFORMATION, and not by indictment from a Grand Jury, as required by law.

B) On or about **July 7th 2008** a person portraying themselves as a judicial officer, for **Woodbury** County, State of **Iowa** did, in their official capacity, conspire by and between, person/s portraying themselves as a Prosecuting Attorney for **woodbury** County, State of **Iowa**, in their official capacity; a person/s portraying themselves as a law enforcement officer/s for the **Sioux City police department**, **wodbury** County, State of **Iowa**, in their official capacity; to deprive **Daniel Jose gomez** ("victim") of rights secured by and enumerated in the Constitution for the United States of America, when the victim was held to answer for an infamous or capital crime by INFORMATION in lieu of indictment by a Grand Jury, as required by Clause 1 of Amendment 5 to the Constitution for the United States of America.

These acts were against the peace and dignity of the United States of America, by agents of a state subjected to the jurisdiction thereof.

WHEREFORE, affiant prays that this information be investigated and found to be true and correct and that a true bill for the arrest of the within named defendants and that he/she/they may be brought before a magistrate and held for the offenses of:

1. Deprivation of rights (Title 42 U.S.C. 1983)
2. Deprivation of Rights under Color of Law (Title 18 U.S.C. §242)
2. Conspiracy to Deprive of Rights (Title 18 U.S.C. §241)
3. Kidnapping (Title 18 U.S.C. §1201)
4. Malicious prosecution, false arrest, false imprisonment wrongful Conviction.
5. Any other criminal acts found to be true, as ascertainable by the evidence on the record and as required by law.

I, **Daniel Jose Gomez**, do verify under the penalty of perjury, under the Laws of the United States of America that the foregoing is true and correct and that the infamous crimes above

1 of 2

# NOTICE OF VOID JUDGMENT DUE TO LACK OF JURISDICTION, JUDICIAL MISCONDUCT, PROSECUTORIAL MISCONDUCT, AND VIOLATION OF OATH OF OFFICE, VIOLATION OF RIGHTS

## To: ELK POINT UNION COUNTY COURT

Regarding Case Numbers: **63C08000237A0 / 63C080000286 A0**
Plaintiff: **state of south dakota**
Defendant: **Daniel Jose Gomez D.O.B.01/10/1986**
Date: 06-07-2008 and 07-10-2008
NOTICE TO COURT AND ALL PARTIES INVOLVED
This Notice is hereby issued to declare the judgment rendered in the above-referenced case as VOID AB INITIO on the grounds of lack of jurisdiction, judicial misconduct, prosecutorial misconduct and violation of oath of office by the presiding judicial officer (s). Officers of the court and melissa Larsen impersonating a judicial officer

1. Lack of Jurisdiction
The Court is hereby notified that it acted outside its lawful authority by issuing a judgment without proper jurisdiction over the matter and/or parties involved.
Jurisdiction is fundamental and must be established on the record at every stage of proceedings. Any judgment rendered without jurisdiction is null and void and lacks any legal effect.
The following points summarize the lack of jurisdiction in this case:
• Melissa Larsen on June 06-07-2008 conspired with deputy Palmer to impersonate a magistrate judge and issue a predated fabricated warrant of arrest after deputy Palmer and Nicholas Davis made the arrest https://www.tiktok.com/t/ZTYMAFLX1/

Comes now Daniel Gomez , petitioner will testify substantially as follows and move the Court to take judicial notice of a deprivation of rights (kidnapping) under color of law conspiracy by north Sioux City police officer Nicholas Davis, Union county clerk of court Melissa Larsen, Union county sheriff deputy Palmer Supreme Court judge Steven r Jensen, South Dakota state senator art rusch, court appointed surrogate prosecutors Michael j McGill, Phillip Peterson, John slattery and South Dakota states attorney Jerry miller, (all evidence of this conspiracy against rights and kidnapping at the Pronto Stop in North Sioux City, South Dakota on June 07, 2008 as such kidnapping was committed in violation of *title 18 usc 241 title 18 usc 242* and of the Fourth and Fourteenth Amendments to the United States Constitution and the counterpart contained in the South Dakota State Constitution— relating to unreasonable searches and seizures of persons and property as well as SDCL 23A-2-2, which deals with the issuance and execution of warrants. Specifically, this notice refers to falsified police report *(Nicholas Davis)* and fabricated forged warrant of arrest by *Mellissa Larsen* and *deputy Palmer* in the narrative case report prepared by *Officer Nicholas A. Davis of the North Sioux City Police Department* and consisting, among other things, of the call from deputy Palmer to Melissa Larsen regarding This conspiracy of kidnapping under color of law which acts and omissions occurred and was conducted by Officer Davis on June 07, 2008 approximately 1:40 am - 2:00 am

## Under 18 USC 1201, a person is guilty of kidnapping who "unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person."

THE WARRANT WAS FALSE AND FABRICATED and deputy Palmer, Nicholas Davis Melissa Larsen, Jerry miller Steven Jensen and the South Dakota state bar conspired to deprive me of my rights and my life and my liberty subjecting me to a malicious prosecution and false imprisonment holding me for several years in the South Dakota department of corrections! Under inmate ID 50853 and subsequently 52426 this conspiracy involves Sioux City police department officers and Woodbury county jail officers !

See : https://www.tiktok.com/t/ZTFEV9JjL/. For recorded call to manny scarmon parole agent with the Iowa department of corrections asking about the existence of any warrants and manny scarmon response call:

See: https://www.tiktok.com/t/ZTFEVLJmo/ for the response from manny scarmon department of corrections parole officer

      The execution of the false and fabricated warrant was faulty because, the forged warrant of arrest- contrary to the provision in SDCL 23A-2-2, the fabrication of the day-only warrant to an "anytime" warrant happened orally and by the Union County Clerk of Courts Melissa Larsen who predated the warrant for feb 2 2006 on or about or after June 7th 2008 rather than written by a magistrate judge as the SDCL provision requires. The statute reads as follows:

> (Rule 4(a)) Warrant or summons issued on complaint--Sworn oral testimony-- Failure of defendant to respond to summons. If it appears from a complaint, or from an affidavit or affidavits filed with a complaint, that there is probable cause to believe that an offense has been committed and that a particular person has committed it, a warrant for the arrest of that person, if requested by the prosecuting attorney, shall be issued to any officer authorized by law to execute it. If circumstances make it reasonable to do so in the absence of a written affidavit, an arrest warrant may be issued upon sworn oral testimony of a person who is not in the physical presence of <u>a committing magistrate</u> if the committing magistrate is satisfied that probable cause exists for the issuance of the warrant. The sworn oral testimony may be communicated to the magistrate by telephone or other appropriate means <u>and shall be recorded and transcribed</u>. After transcription <u>the statement shall be certified by the magistrate and filed with the court</u>. This statement shall be deemed to be an affidavit and complaint for purposes of this section. Upon the request of the prosecuting attorney, a summons instead of a warrant shall be used. More than one warrant or summons may be issued on the same complaint. If a defendant fails to appear in response to a summons, a warrant shall be issued.

(emphasis added) A warrant did not exist in this case, but Melissa Larsen fabricated one tampering with records creating one maliciously which was a day-only arrest warrant for failure to appear— a misdemeanor. Additionally, SDCL 23A-2-10 provides for when a warrant may be executed.

> Time of execution of warrant. A warrant issued for a felony may be executed on any day, at any time of the day or night. <u>A warrant issued for a misdemeanor shall not be executed at night</u> unless an authorization for a night arrest is <u>endorsed upon the warrant</u> by the <u>committing magistrate</u>.

(emphasis added) Because a failure to appear charge is a misdemeanor, then by statute the warrant is day-only and may only be converted into an anytime warrant by the signature of a judge. *Black's Law Dictionary* Revised Fourth Edition defines "endorse" (through reference to "indorse) as "To write a name on the back of a paper or document." The context here is in negotiable instruments law, but given that the statute clearly says "upon the warrant" the principle is the same— endorsement as an authoritative signature upon a physical instrument. Even if the clerk, acting as a magistrate somehow had the authority to modify the warrant, such modification in this case would not have been statutorily valid because it was not written on the document.

Further more Gomez was in the custody of Woodbury county jail from October 12 2005 through March 6th 2006 conducting a trial before honorable Duane e hofmeyer, present were brigit Barnes and Peter van etton held in the custody of the Woodbury county jail of Sioux City Iowa, and on March 6th 2006 through December 2006 held in Iowas dept of corrections in clarinda Iowa continuously ,

Given the invalidity and criminality of the false and fabricated warrant and execution of the seizure, Mr. Gomez's arrest was not valid, Therefore, a deprivation of rights under color of law (kidnapping) in violation of title 18 usc 241-242 a conspiracy by and through the elkpoint Union county employees and north Sioux City police and subsequently Sioux City Iowa police department and Chad stroman, involving Chad stroman of the Sioux City police department and Woodbury county on July 7th 2008 any unlawful seizures conducted pursuant thereto are similarly invalid and the results of such— as well as any statements or false confessions made by the Daniel Gomez to police or the courts while in custody from these unlawful seizures/ kidnappings— are inadmissible as "fruit of the poisonous tree." *Wong Sun v. United States*, 371 U.S. 471 (1963).

For the reasons stated above, the Daniel Gomez moves that the Court enter an order vacating and exonerating Gomez of all crimes and to order summons and warrants of arrest be issued for Larsen, Davis, Jensen, McGill, miller, slattery, Peterson, and palmer for the crimes of conspiracy to commit ***<u>kidnapping under color of law for the false arrests and false imprisonments and malicious prosecutions of June 07, 2008 by Davis et al and July 7 2008 by Chad stroman et al .and find that the defendants deprived Gomez of rights under color of law</u>***

Additional testimony regarding the kidnapping under color of law of my person the false arrest and conspiracy to deprive rights under color of law (kidnapping ) by Nicholas Davis et al at the Pronto Stop in North Sioux City, South Dakota on June 07, 2008 and subsequent false

arrest and kidnapping by Chad stroman at 910 16 th st as such acts were committed in Dakota treaty territory in violation of federal and state laws, treaties, the Fourth fifth sixth eighth and Fourteenth Amendments to the United States Constitution and the counterparts contained in the South Dakota and Iowas State Constitution, and state laws which relate to kidnappings and warrantless searches and seizures of persons. Specifically, this motion refers to acts and omissions specified and falsified in the narrative case report prepared by Officer Nicholas A. Davis of the North Sioux City Police Department These kidnapping was conducted by Nicholas Davis on June 07, 2008. And subsequently Chad stroman of the Sioux City police department on July 7th 2008

The recent South Dakota Supreme Court decision in *State v. Hayen*, 2008 SD 41, supports this information In *Hayen*, a police officer (Flogstad) stopped Wade Dustin Hayen because Flogstad could not see the expiration date on the temporary license plate because it was blocked by objects in Hayen's pickup bed. Flogstad then walked by the temporary plate, able to see the date but not bothering to look at it. *Id.* ¶ 7. The officer, after dispelling his suspicion for the stop, proceeded to detain and investigate Hayen. Flogstad was alerted to a warrant for Hayen's arrest and followed through with such, taking that opportunity to then search Hayen and his vehicle incident to the arrest, finding drugs and paraphernalia. The circuit court granted a motion to suppress on the grounds that Flogstad's suspicion of criminal activity should have been allayed when he walked by the temporary plate and had the unimpeded ability to see the date. The officer had no further "reasonable, articulable suspicion that [the] person is involved in criminal activity unrelated to the traffic violation." *Id.*, quoting *State v. Ballard*, 2000 SD 134, ¶ 11m 617 NW2d 837, 841 (further citations omitted). Officer Flogstad, by his own admission, only stopped the vehicle to check the expiration date of the temporary plates and neither did he look at the license plate "nor did he offer any other reason to extend his investigation beyond verifying the date on the temporary license." *Id.* ¶ 8.

The Court goes on to cite *United States v. McSwain*, 29 F3d 558 (10th Cir 1994), the facts of which "parallel those of this case" (referring to *Hayen*). McSwain had been pulled over because of an obscured expiration sticker on a temporary license. The officer saw, as he approached the vehicle, that the license was valid, but proceeded to question McSwain and seek to run his license. McSwain did not have a driver's license, but upon running his name through a check the officer found out about numerous convictions and then sought permission to search the vehicle, which McSwain gave. The officer found "a gun, drugs, and a set of scales." *Hayen*, ¶ 11. Ultimately, McSwain prevailed in suppressing the evidence against him as "the fruit of an unlawful detention" for lack of any reasonable suspicion on the part of the officer that any criminal activity was happening or had happened. *McSwain* at 560-62. The South Dakota Court, then, drew the same conclusion in *Hayen*, noting that:

Here, like in *McSwain*, the officer's actions in requesting Hayen's license and proof of insurance went beyond the limits of a lawful investigative stop. The officer could easily have looked at the license to satisfy his suspicions. Had he done so, it would have been clear that no violation had occurred or was occurring. At that point, his reason for detaining Hayen would have dissipated. He expressed no safety concern, he did not allege any observed violation of law, nor did he proffer *any* purpose for the continued stop. Without any further articulable suspicion of criminal activity, the extended detention violated Hayen's federal and state constitutional rights. Although

there certainly are situations where an officer is permitted to make contact with the driver prior to investigating the purpose of the investigatory stop, in this situation there were none articulated. Therefore, the officer's request for Hayen's driver's license and proof of insurance constituted an unconstitutional detention and the evidence garnered from the unlawful detention was properly suppressed.

*Hayen*, ¶ 13. Like in McSwain and Hayen, officer Davis had no reasonable, articulable suspicion to detain and investigate Daniel Gomez. His friend Angel, who did not have a driver's license, called Daniel to come pick him up at the Pronto Gas Station. Gomez came, and the police only learned that someone was coming to get Angel as Mr. Gomez was pulling up. The police did not know *who* was coming, nor was Angel involved in any criminal activity. The car Gomez was driving was fully functional and proper to all appearances, with current registration, all lights working, etc., so Officer Davis had no reasonable articulable suspicion to investigate the vehicle or driver. Because the investigation was not valid, neither was the subsequent arrest pursuant thereto. Therefore, any searches conducted as a result of the kidnapping and unlawful false arrest are similarly invalid and any evidence gained from such— as well as any statements made by Daniel to police while in custody from this improper arrest— are inadmissible as "fruit of the poisonous tree", as termed by *Wong Sun v. United States*, 371 U.S. 471 (1963). For the reasons set forth herein, the Defendant therefore moves that the Court suppress and vacate any convictions and all evidence and statements resulting from his June 07, 2008 arrest and false confession to the crime of escape Whether in or out of custody

## 2. Judicial Misconduct

The conduct of the presiding judicial officers) in this case is hereby called into question for actions and decisions that exceed lawful judicial discretion and reflect misconduct, warranting voidance of the judgment. Judicial misconduct includes, but is not limited to, the following actions:

- Steven Jensen was aware of the fabricated warrants and the malicious prosecution of **second degree escape, _having himself entered the order stating methods and conditions of bond that did not include an order to return to custody :_** thus he willfully and knowingly engaged in the conspiracy to commit a deprivation of rights under color of law(kidnapping) Judicial officers are held to the highest standard of integrity, and misconduct undermines the legitimacy of any judgment rendered under such circumstances.

## 3. Violation of Oath of Office

The presiding judicial officer(s) took an oath to uphold the Constitution and to administer justice impartially. Actions or rulings that contravene this oath render any decision made under such circumstances void, as they violate fundamental principles of fairness, impartiality, and the due process rights of all parties.

- Steven Jensen being a party to these proceedings failed to recuse himself in counter complaints #30364 #30100 in the South Dakota state Supreme Court which decisions or rulings were biased and prejudicial

DECLARATION THAT JUDGMENT IS VOID

5

As a result of the aforementioned issues, this judgment is void and unenforceable. A void judgment is a nullity and is treated as if it never existed. Courts and officials must recognize that any actions taken based on this judgment are without legal effect.

NOTICE OF RIGHT TO VOID
JUDGMENT
5 / 6
Under established case law and statutory provisions, a void judgment may be challenged at any time and in any court where it may be relied upon. This Notice serves as an official declaration of the void status of the judgment and must be acknowledged as such by all entities attempting to enforce or act upon it.

REQUEST FOR IMMEDIATE ACTION
The Court is hereby requested to:
1. Vacate and dismiss any orders, warrants, or actions arising from the void judgment.
2. Cease all enforcement actions related to this judgment.
3. Acknowledge receipt of this Notice and provide confirmation of actions taken to remedy this matter within 15 days of receipt.

NOTICE TO PUBLIC OFFICIALS
All public officials and entities are hereby informed that any attempt to enforce or act upon this void judgment constitutes a breach of duty and exposes said individuals or entities to liability under the law.

A true and correct copy were sent to
Original sent to:
1. Union county clerk of courts
209 E Main St, Elk Point, SD 57025

Re: state v Gomez **63C08000237A0 / 63C080000286A0**

*Copies sent to:*
2. clerk, US District court
111 seventh ave SE box 12
Cedar Rapids, Iowa 52401-2101
Re: 5:24-cv-04058-LTS-MAR- Gomez v Sioux City, city of et al
3. U.S. district court clerk
400 S Phillips Ave, Sioux Falls, SD 57104

Re: 4:24-cv-04216-LLP GOMEZ VS ELK POINT UNION COUNTY ET AL.

By: 11-25-2024
Daniel Jose Gomez
*Sign*
1929 E 33RD ST N
SIOUX FALLS SD, 57104
(605)906-4133

Notary

OJULU OMOD
NOTARY PUBLIC
SOUTH DAKOTA
My Commission Expires 9-1-28

DJG51104@outlook.com
11-24-2024

mentioned, did occur in my presence and that I am empowered to enforce and defend the Laws of the United States of America, as a person subjected to the Supreme authority of the Constitution and treaties of the United States of America.

This affidavit is sworn to be true and correct and has full force of law and does not need to be verified by Notary Public.

Signed this _23_ day of _November_ 2024 in _Minnehaha_ County, State of _South Dakota_ United States of America.

Signed this 23RD day of November 2024 in Minnehaha County City of Sioux Falls S.D United States of America

Respectfully & Peacefully

a Servant of Justice,

*Daniel Gomez*

Daniel Gomez

Citizen of the United States of America

AFFIANT

*Daniel J Gomez*

Daniel Gomez

2 of 2

Daniel Jose Gomez
1929 E 33rd ST N,
Sioux Falls SD 57104

Clerk U.S. District Court
111 Seventh Ave. SE Box 12
Cedar Rapids, IA. 52401-2101

XRAYED US MARSHALS SERVICE

postmark date illegible BP

524018210G C002